UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kimberly E. DeWald          : No. 20-11200
                                   : CHAPTER 13

## CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was received in response to Debtor's Motion to Extend the Automatic Stay.

BY: /s/ Michael P. Kelly
     MICHAEL P. KELLY, ESQ.
     202 PENNS SQUARE
     LANGHORNE, PA. 19047