**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kimberly E. Dewald  : NO. **20-11200 - ELF**

: CHAPTER 13

PRAECIPE TO WITHDRAW OBJECTION TO CLAIM

To The Clerk:

Kindly withdraw debtor's Objection to the Claim of Capital One, N.A.

Dated: **05/7/2020**  Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Boulevard
Langhorne, PA 19047
(215) 741-1100
Fax (215) 741-4029