# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                       Chapter 13

KIMBERLY DEWALD            Bankruptcy No. 20-11200-ELF

3400 LESTER ROAD

PHILADELPHIA, PA 19154-

     Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
KIMBERLY DEWALD

3400 LESTER ROAD

PHILADELPHIA, PA 19154-

**Counsel for debtor(s), by electronic notice only.**
MICHAEL P. KELLY
402 MIDDLETOWN RD., SUITE 202
202 PENN SQUARE
LANGHORNE, PA 19047-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: 5/7/2020                                                                    /s/ William C. Miller

                                                             _____
                                                             William C. Miller, Esquire
                                                             Chapter 13 Standing Trustee