UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **KIMBERLY E. DEWALD**           : No.  20-11200-ELF
                                         : CHAPTER 13

## CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the **1ˢᵗ Amended** Chapter 13 Plan upon all priority creditors, all secured creditors, the Chapter 13 Trustee and on all other creditors adversely affected on the **11ᵀᴴ**    day of **June 2020** by CM/ecf electronic mail and/or first class mail, postage prepaid on the attached list.

BY:   /s/ Michael P. Kelly
    MICHAEL P. KELLY, ESQ.
    402 MIDDLETOWN BLVD.
    SUITE 202
    LANGHORNE, PA. 19047
    (215) 741-1100

PENNSYLVANIA HOUSING FINANCE AGENCY
211 N FRONT STREET
HARRISBURG, PA 17101

REBECCA A. SOLARZ, ESQ
KLM LAW GROUP
701 MARKET STREET
SUITE 5000
PHILA., PA 19106

CAPITAL ONE NA
BECKET & LEE
PO BOX 3001
MALVERN, PA 19355

PORTFOLIO RECOVERY ASSOCIATES LLC
JAMES PARKER
PO BOX 41067
NORFOLK, VA 23541

PINNACLE CREDIT SERVICES INC
C/O RESURGENT CAPITAL SERVICES
DAVID LAMB
PO BOX 10587
GREENVILLE, NC 29603-0587

WILLIAM MILLER, ESQ
\CM/ECF