**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE:                                                    : NO. 20-11210
KIMBERLY E. DEWALD                                     :
                                                       : CHAPTER 13


**CERTIFICATION OF NO RESPONSE**


I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was

received in response to Counsel's Application for Attorney Fees.



BY: /s/ Michael P. Kelly
       MICHAEL P. KELLY, ESQ.
       402 MIDDLETOWN BLVD.
       SUITE 202
       LANGHORNE, PA. 19047