UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **Kimberly E. Dewald** | : No. 20-11200-ELF |
| **Debtor** | : |
| | : Chapter 13 |
| | : |

### CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was received in response to Debtor's Motion to Approve Personal Injury Settlement.

BY: /s/ Michael P. Kelly
   MICHAEL P. KELLY, ESQ.
   402 MIDDLETOWN BLVD.
   SUITE 202
   LANGHORNE, PA. 19047