**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE:  : NO. 20-11200-ELF
Kimberly E. Dewald  :
 : CHAPTER 13

## ORDER

AND NOW, this 16th day of December, 2020, upon motion of the debtors to approve the personal injury settlement;

And the debtors having asserted that the settlement was fair and reasonable and is fully exempt;

And the debtors having certified that adequate notice of the motion was served on all creditors and parties in interest;

And there being no Objection thereto and with the Agreement of the Chapter 13 Trustee, it is Ordered that the motion is **GRANTED** and distribution of legal fees and cost may be made in accordance with the schedules attached as Exhibits "A" and "B" attached to the Motion. is **APPROVED**.

Eric L. Frank
Bankruptcy Judge