# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 20-11200-ELF

KIMBERLY  DEWALD

3400 LESTER ROAD

PHILADELPHIA, PA 19154-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KIMBERLY  DEWALD

    3400 LESTER ROAD

    PHILADELPHIA, PA 19154-

Counsel for debtor(s), by electronic notice only.

    MICHAEL P. KELLY
    402 MIDDLETOWN RD., SUITE 202
    202 PENN SQUARE
    LANGHORNE, PA 19047-

Date: 1/26/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee