# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : BKY. NO.**20-11200-ELF**
**KIMBERLY E. DEWALD** :
: **CHAPTER 13**

## CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served the parties on the attached list which include the Trustee, all creditors, and other parties in interest with a true and correct copy of the Plan, Motion to Modify Plan after Confirmation and Notice of Motion, Response Deadline and Hearing Date on **February 20, 2021**, by CM/ecf and/or first class mail, postage prepaid per the attached list.

**February 20, 2021**

/s/ Michael P. Kelly
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Boulevard
Langhorne, PA   19047
(215) 741-1100

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

First PREMIER Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117-5524

National Recovery Agency
Attn: Bankruptcy
Po Box 67015
Harrisburg, PA 17106-7015

PENNSYLVANIA HOUSING FINANCE AGENCY
C/O Rebecca A. Solarz, Esq.
KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106-1541

Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17101-1406

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p) PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Kimberly E. DeWald
3400 Lester Road
Philadelphia, PA 19154-1442