UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Kimberly E. Dewald** | : | No. 20-11200 |
| **Debtor** | : | |
| | : | Chapter 13 |
| | : | |

## CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was received in response to counsel's Supplemental Application for Counsel Fees.

BY: /s/ Michael P. Kelly
    MICHAEL P. KELLY, ESQ.
    402 MIDDLETOWN BLVD.
    SUITE 202
    LANGHORNE, PA. 19047