UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: KIMBERLY E. DEWALD**        **: CHAPTER 13**
                                               **: NO. 20-11200-elf**

## ORDER AWARDING SUPPLEMENTAL COUNSEL FEES
## AND/OR REIMBURSEMENT OF EXPENSES

**AND NOW,** upon consideration of Michael P. Kelly's Application for compensation and/or reimbursement of expenses, Notice given pursuant to Local Rule 2002-1,

it is **ORDERED** that supplemental compensation in the amount of **$1,200.00** is **ALLOWED** for the period of time of **11/11/2020 to 03/24/2021.** The trustee is authorized to pay the supplemental amount due of **$1,200.0 0,** to the extent provided for in the confirmed plan.

Date: 4/23/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**