# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-11200-ELF

KIMBERLY  DEWALD

3400 LESTER ROAD

PHILADELPHIA, PA 19154-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KIMBERLY  DEWALD

3400 LESTER ROAD

PHILADELPHIA, PA 19154-

Counsel for debtor(s), by electronic notice only.

    MICHAEL P. KELLY, ESQ
    202 PENNS SQUARE
    SUITE 202
    LANGHORNE, PA 19047-

Date: 6/14/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee