**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Kimberly Dewald. :  No. 20-11200

: Chapter 13

CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, attorney for Debtor(s), do hereby certify that no answer, objection, request for hearing or other response was received regarding Debtor's Motion to Modify Plan.

DATED:  June 5, 2024

/s/ Michael P. Kelly
Michael P. Kelly, Esquire
(215) 498-0645