UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: : BKY NO. 20-11200
KIMBERLY E. DEWALD :
 : CHAPTER 13

ORDER MODIFYING CHAPTER 13 PLAN AFTER CONFIRMATION

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan (Doc. # 98) and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Debtors' Amended Chapter 13 Plan (Doc. 100) is APPROVED.

BY THE COURT:

Dated: 7/9/24

*Patricia M. Mayer*

_____
PATRICIA M. MAYER
Bankruptcy Judge