*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                          : Chapter 13

Kimberly E. DeWald                                                : Case No. 20–11200–pmm
      Debtor(s)

### ORDER
_____

AND NOW, this day , November 19, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                      By The Court

                                                      Patricia M. Mayer
                                                      Judge, United States Bankruptcy Court

Form 195